**Fill in this information to identify the case**

**Debtor 1** Christopher M Horn

**Debtor 2** Colleen S Horn
**(Spouse, if filing)**

**United States Bankruptcy Court for the:** EASTERN **District of** PENNSYLVANIA
**(State)**

**Case number** 23-12897

## Official Form 410S1
## Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor** Planet Home Lending, LLC | **Court claim no.** (if known) | 11 |
| **Last four digits** of any number you use to identify the debtor's account: 8113 | **Date of payment change**<br>Must be at least 21 days after date of this notice | 9/1/2025 |
| | **New total payment:**<br>Principal, interest, and escrow, if any | $2,162.79 |

### Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $751.70       New escrow payment:   $742.63

### Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

### Part 3:   Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect)*

   Reason for change: _____

   Current mortgage payment: $_____     New mortgage payment: $_____

23-026257_CDG

Debtor 1     Christopher M Horn             Case number (if known) 23-12897
       First Name     Middle Name     Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X    /s/ Adam B. Hall                           Date   07/03/2025
     Signature

Print:    Adam B. Hall                       Title   Attorneys for Creditor

Company    MDK Legal

Address    P.O. Box 165028
           Number     Street

            Columbus, OH  43216-5028
           City     State     ZIP Code

Contact phone   614-220-5611             Email   amps@manleydeas.com

23-026257_CDG

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 23-12897** |
| **Christopher M Horn** : | **Chapter 13** |
| **Colleen S Horn** : | **Judge Derek J. Baker** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **Planet Home Lending, LLC** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Christopher M Horn** : | |
| **Colleen S Horn** : | |
| **Kenneth E. West** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Payment Change was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Christopher M Horn and Colleen S Horn, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Christopher M Horn and Colleen S Horn, 39 Aspen Lane, Levittown, PA 19055

/s/ Adam B. Hall

23-026257_CDG

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450
NMLS ID #

**ADDRESS SERVICE REQUESTED**

CHRISTOPHER M HORN
COLLEEN HORN
39 ASPEN LN
LEVITTOWN PA 19055

Analysis Date: 05/28/2025
Loan Number:

Borrower Name: CHRISTOPHER M HORN
Co-Borrower Name: COLLEEN HORN

Customer Service: 866-882-8187
Monday through Friday 8:30 a.m. to 9:00 p.m. Eastern Time

Visit Our Website at: www.planethomelending.com
Email: cs@myloansupport.com

Planet Home Lending, LLC ("Planet") has reviewed your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay items such as property taxes, mortgage insurance and homeowner's insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

**1. What is the amount of my new monthly payment starting September 01, 2025 ?**

| Payment Items | Current Payment | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,420.16 | $1,420.16 | $0.00 |
| Escrow | $751.70 | $747.15 | -$4.55 |
| Shortage/Surplus | $0.00 | -$4.52 | -$4.52 |
| **Total Monthly Payment** | **$2,171.86** | **$2,162.79** | **-$9.07** |

- **Note:** If you currently use a bill pay service to make your monthly payments, please update the amount scheduled for submission in September to reflect the new payment listed above. If you are currently set up on automatic payments with Planet, your September payment will automatically be adjusted to include the above escrow amount(s).
- If you have an adjustable rate mortgage the New Payment Amount may not reflect any pending changes to the Principal and Interest portion of your payment.

\* For customers in a Chapter 11 or 13 bankruptcy, this amount may not reflect payments made to the trustee. Please contact your attorney or Trustee if you have any questions.

**2. What are the most common reasons that my escrow payment may change from year to year?**

A. **Increases or Decreases in Amounts Billed –** the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance, and homeowner's insurance premiums. The information below compares the amounts Planet expected to pay for each item this past year from your escrow account to the actual amounts that were paid. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Expected Amounts Due | Actual Amounts Due | Difference |
|---|---|---|---|
| CITY/TOWN | $1,336.87 | $1,405.47 | $68.60 |
| FHA RBP | $2,034.72 | $2,001.60 | -$33.12 |
| HOMEOWNERS | $2,014.00 | $1,924.00 | -$90.00 |
| SCHOOL | $3,634.78 | $3,634.78 | $0.00 |
| **Total Annual Escrow Payments** | **$9,020.37** | **$8,965.85** | **-$54.52** |
| **Monthly Escrow Payments** | **$751.70** | **$747.15** | **-$4.55** |

B. **Repayment of Escrow Shortage or Surplus –** According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $1,160.71 in August. This means you will have a *surplus* of $49.76 in your escrow account.
Since the surplus amount is less than $50.00 it will be prorated over 11 months and $4.52 will be subtracted from your monthly payment until the entire surplus amount has been credited towards your payment.

| Projected Low Escrow Balance | | Allowed Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| -$1,527.91 | minus | $1,160.71 | equals | $49.76 |

---

Loan Number:
Name: CHRISTOPHER M HORN
COLLEEN HORN

Surplus Amount: $49.76



321 Research Pkwy, Ste 303
Meriden CT 06450

**ESCROW SURPLUS SUMMARY**

The total Surplus has been divided over 11 months and $4.52 will automatically be deducted from your monthly payment beginning September 01, 2025.

Please contact our Customer Service Department at 866-882-8187 with any questions you may have about this amount.

Loan Number: ███

NEW PAYMENT EFFECTIVE DATE: September 01, 2025

**COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY**

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown. If you want a further explanation or would like to request another analysis this computation year, please call our toll-free number.

Unless limited by state law, Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Please keep this statement for comparison with the actual activity in your escrow account at the end of the escrow accounting computation year.

### TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Required Balance | Projected Balance |
|---|---|---|---|---|---|
| Beginning Balance | | | | $1,160.76 | -$1,527.86 |
| September 25 | 747.15 | 166.80 | FHA RBP | 1,741.11 | -947.51 |
| October 25 | 747.15 | 166.80 | FHA RBP | 2,321.46 | -367.16 |
| November 25 | 747.15 | 166.80 | FHA RBP | 2,901.81 | 213.19 |
| December 25 | 747.15 | 166.80 | FHA RBP | 3,482.16 | 793.54 |
| January 26 | 747.15 | 166.80 | FHA RBP | 4,062.51 | 1,373.89 |
| February 26 | 747.15 | 166.80 | FHA RBP | 4,642.86 | 1,954.24 |
| March 26 | 747.15 | 166.80 | FHA RBP | 5,223.21 | 2,534.59 |
| April 26 | 747.15 | 166.80 | FHA RBP | 5,803.56 | 3,114.94 |
| April 26 | 0.00 | 1,405.47 | CITY/TOWN | 4,398.09 | 1,709.47 |
| May 26 | 747.15 | 166.80 | FHA RBP | 4,978.44 | 2,289.82 |
| June 26 | 747.15 | 166.80 | FHA RBP | 5,558.79 | 2,870.17 |
| June 26 | 0.00 | 1,924.00 | HOMEOWNERS | 3,634.79 | 946.17 |
| July 26 | 747.15 | 166.80 | FHA RBP | 4,215.14 | 1,526.52 |
| August 26 | 747.15 | 166.80 | FHA RBP | 4,795.49 | 2,106.87 |
| August 26 | 0.00 | 3,634.78 | SCHOOL | 1,160.71 | -1,527.91 |

** Low Balance used to determine escrow overage or shortage.

### TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments to Escrow Account Projected | Payments to Escrow Account Actual | Payments from Escrow Account Projected | Payments from Escrow Account Actual | Description | Escrow Account Balance |
|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | -$1,421.50 |
| November 24 | 751.70 | 737.11 * | 169.56 | 169.56 | FHA RBP | -853.95 |
| December 24 | 751.70 | 0.00 * | 169.56 | 0.00 * | FHA RBP | -853.95 |
| December 24 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | -1,020.75 |
| January 25 | 751.70 | 2,240.51 * | 169.56 | 0.00 * | FHA RBP | 1,219.76 |
| January 25 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | 1,052.96 |
| February 25 | 751.70 | 751.70 | 169.56 | 0.00 * | FHA RBP | 1,804.66 |
| February 25 | 0.00 | 0.00 | 0.00 | 462.57 * | ESC REFUND | 1,342.09 |
| February 25 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | 1,175.29 |
| March 25 | 751.70 | 751.70 | 169.56 | 0.00 * | FHA RBP | 1,926.99 |
| March 25 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | 1,760.19 |
| April 25 | 751.70 | 751.70 | 169.56 | 0.00 * | FHA RBP | 2,511.89 |
| April 25 | 0.00 | 0.00 | 1,336.87 | 1,405.47 * | CITY/TOWN | 1,106.42 |
| April 25 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | 939.62 |
| May 25 | 751.70 | 1,503.40 E | 169.56 | 0.00 E | FHA RBP | 2,443.02 |
| May 25 | 0.00 | 0.00 | 0.00 | 166.80 * | FHA RBP | 2,276.22 |
| June 25 | 751.70 | 751.70 E | 169.56 | 166.80 E | FHA RBP | 2,861.12 |
| June 25 | 0.00 | 0.00 E | 2,014.00 | 1,924.00 E | HOMEOWNERS | 937.12 |
| July 25 | 751.70 | 751.70 E | 169.56 | 166.80 E | FHA RBP | 1,522.02 |
| August 25 | 751.70 | 751.70 E | 169.56 | 166.80 E | FHA RBP | 2,106.92 |
| August 25 | 0.00 | 0.00 E | 3,634.78 | 3,634.78 E | SCHOOL | -1,527.86 |
| **Totals** | **$7,517.00** | **$8,991.22** | **$8,681.25** | **$9,097.58** | | |

ATTENTION TO ANY DEBTOR IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY: This communication is being sent for compliance and/or informational purposes only, and is not an attempt to collect a debt or impose personal liability on the recipient except as permitted by law. Please be advised that this communication constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof who has received a discharge of such debt in accordance with applicable bankruptcy laws or who is subject to the automatic stay of Section 362 of the US Bankruptcy Code. Planet Home Lending, LLC retains its rights under its security instrument, including the right to foreclose its lien.

**Borrowers who are not in bankruptcy or who have not received a discharge in bankruptcy, please be advised that Planet Home Lending, LLC is a debt collector attempting to collect a debt and any information obtained may be used for that purpose.**